**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 MICHAEL REEVES,

                       Plaintiff,

    -against-                                     26 **CIVIL** 930 (GBD)

                                           **JUDGMENT**

UNITED STATES OF AMERICA; CITY OF
NEW YORK; CITY OF NEW YORK POLICE
DEPARTMENT,

                      Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated May 1, 2026, the Court has dismissed the complaint under the

doctrine of sovereign immunity, for lack of subject matter jurisdiction, and for failure to state a

claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii); Fed. R. Civ. P.

12(h)(3).  The Court has denied Plaintiff's "Motion for Global Disclosure" (ECF 11) as moot.

The Court has declined to exercise supplemental jurisdiction of Plaintiff's state law claims. See

28 U.S.C. § 1367(c)(3). The Court certifies under 28 U.S.C. § 1 9 1 5(a)(3) that any appeal from

the order would not be taken in good faith, and therefore IFP status is denied for the purpose of

an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

     May 4, 2026

                                      **TAMMI M. HELLWIG**

                                          _____

                                          **Clerk of Court**

                 **BY:**              K. mango

                                          _____

                                          **Deputy Clerk**