UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL REEVES,

Plaintiff,

-against-

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE),

Defendant.

26-CV-930 (VSB)

**ORDER OF SERVICE**

VERNON S. BRODERICK, United States District Judge:

Plaintiff Michael Reeves, who is appearing *pro se*, brings this action under the Freedom of Information Act ("FOIA"), seeking declaratory and injunctive relief. He sues United States Immigration and Customs Enforcement ("ICE"). By order dated March 30, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1] The Court directs service on ICE.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on assistance from the Court and the United States Marshals Service ("USMS") to effect service.[2]

[1] By order dated May 1, 2026, Judge George B. Daniels dismissed the original complaint and denied Plaintiff leave to amend his claims. (Doc. 13.) The Clerk of Court entered judgment on May 4, 2026. On May 13, 2026, Plaintiff filed a motion for reconsideration and a proposed amended complaint, in which he asserts only FOIA claims against ICE. (Docs. 15, 16.) By order dated August 5, 2026, Judge Daniels granted Plaintiff's motion for reconsideration "to the extent that Plaintiff seeks leave to file a proposed amended complaint asserting a FOIA claim against ICE." (Doc. 17 at 4.) Otherwise, the court "adhere[d] to its dismissal of Plaintiff's remaining claims." (*Id.*) The amended complaint, (Doc. 15), is the operative pleading.

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the amended complaint and ordered that a summons be issued. The Court therefore extends the time to serve the FBI until 90 days after the date that a summons is issued.

*Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendant through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant. The Clerk of Court is further instructed to: (1) mark the box on the USM-285 form labeled "Check for service on U.S.A."; and (2) issue a summons and deliver to the Marshals Service a copy of this order and all other paperwork necessary for the Marshals Service to effect service on the United States.

If the complaint is not served on Defendant within 90 days after the date a summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

**CONCLUSION**

The Clerk of Court is directed to: (1) issue a summons for Defendant; (2) complete a USM-285 form with the service address for Defendant; (3) mark the box labeled "Check for service on U.S.A." on the USM-285 form; and (4) deliver to the USMS all documents necessary to effect service of a summons and the amended complaint on Defendant, the Attorney General of the United States, and on the Civil Division of the Office of the United States Attorney for the Southern District of New York.

The Clerk of Court is further directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: August 13, 2026
New York, New York

Vernon S. Broderick
United States District Judge

**SERVICE ADDRESSES FOR DEFENDANT**

1. United States Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536

2. Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

3. Office of the United States Attorney
Southern District of New York
Civil Division
86 Chambers Street, Third Floor
New York, New York 10007